In the Matter of the Application of THOMAS J. DEVENS, Individually and as Commander of the AMERICAN WAR VETERANS IN PUBLIC WELFARE AGENCIES, INC., and FRANK VALLEJO, MARTIN A. MOORE, JOHN NASTACIO, EDWARD SLATTERY, BENJAMIN GOTTLIEB, LEWIS KIMMEL, JAMES BARRON, OSCAR A. BORGES, JOSEPH SCHNEIDER, IRVING BRAUN, HARRY J. MOORE, WALTER P. LANE and JOHN J. MONAHAN, Petitioners, Appellants, for an Order against PAUL J. KERN, President, FERDINAND Q. MORTON and WALLACE S. SAYRE, Constituting the Municipal Civil Service Commission of the City of New York; JOSEPH D. McGOLDRICK, Comptroller of the City of New York; and WILLIAM HODSON, as Commissioner of Welfare of the City of New York, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

In the Matter of the Application of SARA R. SOICHER and Others, Petitioners, Appellants, for an Order against PAUL J. KERN, President, and Others, Respondents. — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

AMERICAN TRADING COMPANY, INC., Respondent, v. BENIGNO CARRILES and Others, Defendants. BENIGNO CARRILES, Individually, and BENIGNO CARRILES, JUAN ANTONIO CARRILES and JOSE M. ALONSO, Doing Business under the Firm Name and Style of CARRILES & CIA., Appellants.— Orders unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants-appellants to answer within ten days after service of a copy of the order, with notice of entry thereof, upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

ABRAHAM GOLDBINE, Respondent, v. DANIELS & KENNEDY, INC., Appellant.— Order so far as appealed from unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

BETTY WINTERS, Respondent, v. THOMAS E. MURRAY, JR., as Receiver of INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements to the appellants, and the motion granted. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

OLGA MOULTON, Respondent, v. ARTHUR JULIAN MOULTON, Appellant.— Order so far as appealed from unanimously modified by denying item 10 and by limiting items 12 and 13 to a statement of the specific French statutes relied on, and as so modified affirmed, without costs. Verified bill to be served within thirty days after service of a copy of the order with notice of entry thereof. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

JUDY LANE, Respondent, v. F. W. WOOLWORTH Co., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to serve an amended answer within ten days after service of a copy of the order with notice of entry thereof, upon payment of said costs and the costs awarded by the court at Special Term. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ. [171 Misc. 66.]

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business

and Affairs of the Consolidated Indemnity and Insurance Company, Respondent. Gertrude E. Coron and Frank J. Coron, as Temporary Administrators, etc., of Sarah R. Coron, Deceased, Claimants, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.